UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-20814-WILLIAMS/REID

BELKIS BARRIOS,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court on Defendant, Target Corporation's ("Defendant") *ore tenus* Motion for Entry of Order to Show Cause (the "Motion"), which was heard by this Court on October 25, 2023. [ECF Nos. 41 and 42].

THIS COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Defendant seeks entry of an order directing non-party COR Medical Centers of Kendall ("COR Medical") to show cause why it should not be held in contempt for its failure to comply with the subpoena served upon it in this action (the "Subpoena").

On October 17, 2023, this Court corresponded with the parties and COR Medical via e-mail regarding COR Medical's availability for a discovery hearing. Having received no response, the Court entered a Notice of Hearing setting the hearing for October 25, 2023 at 11 am. [ECF No. 39]. On October 19, 2023, Defendant provided the Court, Plaintiff, and COR Medical with a Notice of Hearing detailing COR Medical's non-compliance with the Subpoena.

The Court held the discovery hearing on October 25, 2023 at 11 am, at which neither counsel for COR Medical nor a representative of COR Medical appeared.

To date, COR Medical has not complied with the Subpoena, sought additional time to comply, or supplied an affidavit as to why it could not comply with the Subpoena and produce any/all responsive documents.

Federal Rule of Civil Procedure 45 governs the issuance and enforcement of subpoenas to nonparties and allows a requesting party to seek to compel a non-compliant subpoena recipient to produce the requested documents. Specifically, Rule 45(d)(2)(B)(i) states, in relevant part: "At any time, on notice to the commanded person, the serving party may move the court . . . for an order compelling production or inspection." Rule 45 further provides that "[t]he court . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Fed. R. Civ. P. 45(g).

Pursuant to Rule 45(g), it is:

**ORDERED** that Defendant's Motion for Entry of Order to Show Cause is **GRANTED**. [ECF No. 42].

**ORDERED** that by **October 30, 2023**, Defendant's counsel shall serve a copy of this Order on COR Medical. Defendant shall then file a notice of compliance evidencing service.

**ORDERED** that by **November 6, 2023**, COR Medical shall **SHOW CAUSE** as to why it has not complied with the subpoena.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of October 2023.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:   **All Counsel of Record**